TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00643-CR

Lloyd McDonald, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT

NO. 0942765, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for theft. Appellant has filed a
motion to withdraw the appeal. No decision of this Court has been delivered. The motion is
granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Aboussie and Kidd

Appeal Dismissed on Appellant's Motion

Filed: August 14, 1996

Do Not Publish